FORM 32. Response to Notice to Advise of Scheduling Conflicts　　　　　　　　Form 32
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2021-2251, 2021-2291

**Short Case Caption:** Realtime Data LLC v. Array Networks Inc.

| | |
|---|---|
| **Party Name(s)** | Fortinet, Inc. |
| **Name of Arguing Counsel** | John M. Neukom |
| **Dates Unavailable**<br><br>List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case.<br><br>**Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | July 3, 2023<br><br>July 5, 2023<br><br>July 6, 2023<br><br>July 7, 2023 |
| **Potential Other Conflicts**<br><br>Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | None. |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: Nov. 16, 2022　　　　　　Signature: /s/ John M. Neukom

　　　　　　　　　　　　　　　Name: John M. Neukom

**2021-2251, 2021-2291**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**REALTIME DATA, LLC, dba IXO,**
Plaintiff-Appellant,

v.

**ARRAY NETWORKS INC., NIMBUS DATA, INC.,**
Defendants,

**FORTINET, INC., REDUXIO SYSTEMS, INC.,
QUEST SOFTWARE, INC., CTERA NETWORKS, LTD.,
ARYAKA NETWORKS, INC., OPEN TEXT, INC.,
MONGODB INC., EGNYTE, INC., PANZURA, INC.,**
Defendants-Appellees.

Appeal from the United States District Court for the District of Delaware in Case No. 1:17-cv-00800-CFC, Judge Colm F. Connolly

**REALTIME DATA, LLC, dba IXO,**
Plaintiff-Appellant,

v.

**SPECTRA LOGIC CORPORATION,**
Defendant-Appellee.

Appeal from the United States District Court for the District of Delaware in Case No. 1:17-cv-00925-CFC, Judge Colm F. Connolly

**STATEMENT OF JOHN M. NEUKOM
REGARDING SCHEDULING CONFLICTS**

1

I, John M. Neukom, declare as follows:

1.      I am principal counsel to Defendant-Appellee Fortinet, Inc. and will be presenting argument on behalf of Defendants-Appellees in this current appeal.

2.      I have a conflict on July 3, 5, 6, and 7, 2023 during the Court's July session due to a family commitment, and on that basis respectfully ask the Court not to schedule argument during that week.

3.      I am available for all other possible dates listed by the Court for argument in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated:      November 16, 2022

> Respectfully submitted,
>
> /s/ John M. Neukom
> John M. Neukom
> DEBEVOISE & PLIMPTON LLP
> 650 California Street
> San Francisco, CA 94108
> Tel: (415) 738-5700
>
> *Counsel for Defendant-Appellee Fortinet, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2022, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system.

Dated: November 16, 2022

/s/ John M. Neukom
John M. Neukom